Complaint: Williams Vs. KOIN et al.

IN THE US DISTRICT COURT

PORTLAND DIVISION

1000 SW 3rd Ave #740, Portland, OR  97204 | (503) 326-8000

COMPLAINT

CASE NO. 3:26-cv-01210-JR

JURY TRIAL DEMANDED

Amberly M. Williams, Ph.D.

    *Plaintiff pro se*

Vs.

KOIN 6 TV

Perry Sook

The McMinnville News-Register Publishing Company

Phillip Ossie Bladine

Jeb Bladine

    *Defendants*

*For Violations of*

First Amendment Freedom of Press in Reverse

First Amendment Freedom of Speech

18 U.S.C. § 371 (Failure to Publish as Media) Conspiracy

The Civil Rights Act of 1964

1

Complaint: Williams Vs. KOIN et al.

## I.

## PARTIES

PLAINTIFF

Amberly M. Williams, Ph.D. (Jesus Name U.S. Presidential Candidate 2028)

141 S. 17th St. Unit 65 Independence OR 97351 amberlywilliams2028@gmail.com (971) 901-0788

*Plaintiff pro se*

DEFENDANTS

1.  KOIN 6 TV

    KOIN Center, 222 SW Columbia St. # 102, Portland OR 97201 ; (503) 464-0600

2.  Perry Sook (KOIN Chairman President CEO)

    KOIN Center, 222 SW Columbia Suite 102, Portland OR 97201 ; (503) 464-0600

3.  The McMinnville News-Register Publishing Company

    1315 NE Miller St, McMinnville, OR 97128 ; (503) 472-5114

4.  Phillip Ossie Bladine (News-Register Editor Owner)

    1315 NE Miller St, McMinnville, OR 97128 ; (503) 472-5114

5.  Jeb Bladine (News-Register Owner)

    1315 NE Miller St, McMinnville, OR 97128 ; (503) 472-5114

    *Defendants*

## II.

## JURISDICTION

2

Complaint: Williams Vs. KOIN et al.

Complaint is filed in Portland Oregon Division federal court because the violations are federal crimes, because the actions took place in Yamhill County, Oregon, because Plaintiff resided in Yamhill County at the time of the actions, and because the Defendants are located in Yamhill County and Portland, Oregon.

## III.

## INTRODUCTION

*"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."*

Freedom of the press is essential in democracy to serve the public interest in the dissemination of information, debate, and diverse viewpoints enabling citizens to make fully informed decisions. News media are commissioned to operate under a Code of Ethics that eradicates news media bias. When news-media agents present with favoritism, bias, or exclusion, there is the absence of fairness and balance so that the news becomes slanted, yellow, one-sided, causing Americans to be uninformed, misinformed, disinformed, thereby wrongfully, unethically, illegally skewing the public vote, endangering and harming the public, even prolonging war, as explained below.

## IV.

## CAUSE OF ACTION (Background)

Plaintiff is a JESUS Name Street Evangelist Doctor of Public Administration running for U.S. President 2028. Her credential qualifications for the Office of the Presidency are

Complaint: Williams Vs. KOIN et al.

available at her website, provided at the end of this Complaint. Beginning in August of 2022 and thereafter through the present time, Plaintiff requested and submitted several news articles and other materials imperative to American welfare for publication in the News-Register and KOIN media; however, these media consistently failed and refused to publish.

The information included:

1. A ring of organized crime money-laundering corruption in Yamhill County that included Yamhill Court, McMinnville Police, McMinnville Mayor, Oregon Governor Kotek, the Oregon Senate and Congressmen. Plaintiff reported this to Defendants in 2025. This ring of corruption is characteristic of such county rings throughout the U.S. and must be stopped.

2. Mass organized crime Voter Election Fraud in the State of Indiana (Plaintiff is dually a Signature Analyst who uncovered this mass voter election fraud. She reported this mass election fraud to the Indiana Attorney General but has not yet heard back from them. News media responsibility to foster public awareness is for the protection of America against such crime as to protect the American vote, especially to preclude large government [such as the Indiana Election Division and immigration department (suspects in this fraud] from conspiracy-laden & mass organized actions that could compromise America's safety, security, well-being such as in government takeover. Since Plaintiff Signature Analyst resides in Yamhill & Polk Counties, it was appropriate to publish this critical news in McMinnville and Oregon. Plaintiff reported this information to several news

Complaint: Williams Vs. KOIN et al.

media including both sets of Defendants on May 31, 2026 but they refused/failed to publish.

3. Life-endangering Clergy Abuse (physical medical-seizure causing abuse and financial abuse of parishioners) committed by Clergy of Abundant Life Pentecostal Church (ALPC) Cult of McMinnville, Oregon, the clergy abuse being the same type of abuse as that of the Jim Jones Jonestown Peoples Temple Cyanide Kool-Aid Massacre in which over 900 people died at the hand of Jim Jones under Apostolic Socialist doctrine, the same doctrine ALPC uses, the same doctrine Adolph Hitler used to beat, torture, and murder the Jews. Plaintiff reported this information to News-Register Owner Editor Ossie Bladine in person on September 28, 2024, providing him with a copy of the legal complaint submitted to the Yamhill County Circuit Civil Court, but he failed (refused) to publish. Plaintiff emailed the same to KOIN, but they failed/refused to publish. This form of bias is Corporate bias, where the news prefer the organization over the individual, partisan bias (in favor of a political party or perspective), and demographic bias (I am a Judeo-Christian).

4. Plaintiff's U.S. Presidential Candidacy 2028. Plaintiff reported this to the Defendants within the context of the voter fraud report and other reports beginning in 2017, but they failed/refused to publish.

5. Williams Vs. Yamhill County Oregon Judges for multiple crimes including violations of: ORS §14.210 Retaliatory Framing (set-up) causing wrongful arrest, incarceration, citation, prosecution, & conviction (Disqualification of Judges for

Complaint: Williams Vs. KOIN et al.

Cause); ORS 244.120 Requirements for Judges (Conflict of Interest); ORS 1.030, ORS 1.220, Rule 3.1 Partiality (Bias), Retaliation; OAR 137-003-0055 Ex parte communication; OCJC Rule 3.3(A) Preferential Treatment to Judges as Judicial Misconduct; ORS 127.005, ORS 127.045 Abuse of Judicial Authority: Unlawful Signing of Documents following nepotistic esprit de corps judicial Coercion; ORS 40.260 – Rule 506. Member of clergy-penitent privilege (e.g. First Amendment Violations of Due Process) reported to the Defendants by email on May 18, 2026.

6. Williams Vs. Beaverton Oregon Police Department for false arrest, incarceration, citation of Street Evangelist upon First-Amendment-protected Sidewalk Preaching reported to Defendants by email on May 18, 2026. Plaintiff's report of Beaverton PD's crimes included: United States (U.S.) Constitution First Amendment Freedom of Religion (guaranteed protected right to sidewalk preaching), Freedom of Speech & Correspondence, H.R. 2431 International Religious Freedom Act (IRFA) (105th Congress), Police Misconduct & Excessive Force 42 U.S.C. § 1983 & FOURTH AMENDMENT REASONABLENESS (Abuse of Power; Unlawful Handcuff (unnecessary, inappropriate restraint), Arrest, Incarceration, Citation) causing undue public humiliation, emotional distress, time losses (psychological impact of unlawful police actions) anxiety, depression, panic attacks, disability exacerbation of already severely U.S. Army gas-chamber disabled TBI/PTSD Veteran, U.S. Fifth Amendment: Right to Remain Silent Miranda Rights in absence of a search warrant: Failure to Administer Miranda Warning, 18 U.S. Code § 1905 - (Unlawful) Police Disclosure of Confidential Information, Health

6

Complaint: Williams Vs. KOIN et al.

Insurance Portability & Accountability Act (HIPAA) Violation of Protected Privacy Information, U.S. Eight Amendment: Cruel & Unusual Punishment (UNSANITARY LIVING ENVIRONMENT), Fourteenth Amendment Due Process Clause for jail conditions, 42 U.S.C. § 1983 Police Failure to Address Serious Health Issues while incarcerated. Failure to provide basic needs and disability accommodations for severely disabled veteran, Americans with Disabilities Acts (ADA), Sixth Amendment Right to Legal Counsel, Wrongful Arrest resulting in wrongful criminal arrest record inhibiting employment, US Court Martial Article 114 Endangerment Offenses for Reckless Endangerment of Person with Disability.

7. Williams Vs. (Corporate Giant) ServiceSource of Oakton Virginia for multiple Crimes harmful (abusive) to people with developmental disabilities (such as Downs Syndrome) reported to Defendants on May 18, 2026 and prior. Crimes Plaintiff reported against ServiceSource included (a) federal, (b) civil, and [c] criminal violations: (a) U.S. Constitution First Amendment Freedom of Religion, Title VII of the Civil Rights Act of 1964, termination (firing) based on religion (Religious Discrimination), Title VII of the Civil Rights Act, Gender Identity Discrimination IN REVERSE. Occupational Health & Safety Administration (OSHA) § 40.1-51.2:1, U.S. Rehabilitation Act of 9/26/1973 (Pub. L. 93–112, 87 Stat. 355) Section 2, Paragraph 1, Title II: 42 U.S.C 12149; 42 U.S.C. 12164 Americans with Disabilities Act Reasonable Accommodation / Equal Opportunity, Whistleblower Protection Act of 1989, S.241 - Non-Federal Employee

7

Whistleblower Protection Act of 2012, OSHA Violation § 40.1-51.2:1 (b) State of Virginia Code (Public Policy & Law), § 40.1-33.2. Discriminatory actions prohibited.§ 40.1-29, Termination associated with Refusal to Engage in Criminal Activity (Copyright Infringement); § 59.1-405. Conspiracy, Accomplice Liability in & to the Crime of Copyright Infringement; Conspiracy in Collaboration to Terminate Under False Pretenses, 17 U.S.C. 506(a) And 18 U.S.C. 2319, Workplace Favoritism, Harassment, Conflict of Interest, § 40.1-27.3. Retaliation Resulting in Wrongful Termination, § 8.01-45. Article 4: Public Humiliation, Shaming, Defamation, § 18.2-417. Slander & Libel; Breach of Company Policy [c] § 59.1-405. Conspiracy, Accomplice Liability in & to the Crime of Copyright Infringement, Conspiracy in Collaboration to Terminate Under False Pretenses (Class 5 Felonies), Fraud § 18.2-178, § 18.2-178.1, § 18.2-178.2 (Class 6 Felony), § 18.2-95. Grand larceny. (Class 6 Felony). I shared this with Defendants by email requesting publication.

8. ALPC Sexual Misconduct as an additional set of crimes on the part of ALPC reported to Defendants on May 18, 2026 requesting publication. These crimes included: ORS 163.445 Sexual Misconduct and ORS 163.452 Custodial sexual misconduct in the first degree.

9. Messianic Peace Treaty between Israel and Palestine as discussed below. I shared this with Defendants requesting publication in August of 2022 once it was published at Amazon and again within context of other requests.

Complaint: Williams Vs. KOIN et al.

10. Fraud in the U.S. Social Security Administration Social Security Disability Program including Administrative Law Judges tampering with witnesses and Vocational Expert Witnesses lying under oath, these crimes resulting in *manslaughter* under vicarious respondent liability theory. Specifically:

Bullying Administrative Law Judges (ALJs) at the Social Security Administration (SSA) Offices of Disability Adjudication and Review repeatedly tampered with the witness prior to and during SSD adjudicative hearings (appeals of disabled claimants who have applied for and been denied financial benefits) by advising the vocational expert witness to attest to inaccurate, perceptibly fraudulent employment numbers (numbers of jobs on the economy individuals could perform given their residual functional capacities (RFCs) or disability-related limitations. Whereas SSA vocational experts have routinely and inaccurately provided Department of Labor Occupational Employment Survey (OES) Census Group numbers rather than reporting the significantly smaller (more accurate) job numbers for the specific Dictionary of Occupational Titles (DOT) job listings, Attorney Max Rae, Esquire, and vocational expert witness Dr. Amber Williams discovered the disparity between the exaggerated numbers and the accurate numbers and brought the disparity to light with ALJs, some of which ALJs demanded that the vocational expert continue to attest to the larger sets of numbers even though they grossly overestimated the numbers of jobs claimants with disability-related limitations could perform. Since the vocational expert noted that essentially all of the vocational experts in two separate states were testifying

9

wrongfully, it is reasonable to believe that fraudulent testimony, perjury, and ALJ tampering with the witness is and has been occurring throughout the United States, perhaps for many years. As a result, potentially multitudes of claimants have been defrauded due benefits. Many such claimants may have suffered financially and otherwise, and perhaps, unable to afford their necessary medications, some have even died following receipt of fraud-based wrongful denial decisions.

Despite attorney correspondence to the SSA Inspector General warning them of this Social Security Disability Program corruption, the SSA has taken no action to resolve these issues of fraud, perjury, and tampering with the witnesses resulting in manslaughter. Upon further investigation, Dr. Williams determined vocational experts lying under oath as contained in her Doctoral Dissertation at the Lulu Bookstore and in her e-Magazine Fastest Way to Get Social Security Disability Benefits at Google Play Books and Lulu Bookstores under JESUS Amber Williams.

11. Former House of Representative Statesman Ron Noble now Pastor of Praise Assembly Church in McMinnville money laundering by housing Yamhill County head-start nepotistically and violating clergy-penitent privilege ORS 40.260 (Rule 506). I notified Defendants of this in May 2026 and prior.

WHAT I DID NOT SHARE THAT ALSO SHOULD HAVE BEEN PUBLISHED

1. Egg Harbor Township New Jersey Police hinder First Amendment-protected Sidewalk Preaching.

Complaint: Williams Vs. KOIN et al.

SIDEWALK PREACHING VS. DISORDERLY CONDUCT; QUALIFIED IMMUNITY

Police must distinguish between First Amendment Sidewalk Preaching and Disorderly Conduct, for, Sidewalk preaching does not meet the statutes for Disorderly Conduct, and a wrongful arrest and incarceration could result in severe financial losses on the part of the city as it likely will in Plaintiff's case, for, in violations of U.S. Constitutional rights, police are not shielded by qualified immunity. Judges are not shielded by qualified nor absolute immunity when they perform actions beyond the scope of their judicial authority.

LESSER CASES DEFENDANTS PUBLISHED

Because KOIN, the Oregonian / Oregon Live, and the News-Register published articles about a similar case, James (Jim) Goings Vs. ALPC for Defamation of Character and BOLI violations:

https://www.bing.com/search?pglt=427&q=james+goings+vs+abundant+life+pentecostal+church&cvid=ac52ea6c875b46c9b63e05cfa361ed2f&gs_lcrp=EgRlZGdlKgYIABBFGDkyBggAEEUYOTIHCAEQ6wcYQNIBCTEzMTYxajBqN6gCCLACAQ&FORM=ANNTA1&DAF1=1&PC=ACTS&source=chrome.ob

, it was essential for those news publishers to likewise publish regarding Williams Vs. ALPC (1) for ministerial abuse, Williams Vs. Mac PD, and, more recently, Williams Vs. Yamhill County and Williams Vs. ALPC (2) for sexual misconduct,

11

and all of the above cases as these cases are much more internationally concerning than defamation of character and BOLI violations. That is, Voter Fraud, Ministerial Abuse, Church Sexual Misconduct, Police Obstruction of Justice, Prolonged War, and all of the above are significantly more egregious violations than Defamation of Character (which these Defendants published). Failure to publish Plaintiff's critical article content constitutes religious discrimination. Visit Defendants' websites today to view many articles less worthy of publication.

MEDIA OBLIGATION TO PUBLISH RATHER THAN ACCEPTING HUSH MONEY

Whereas courts have held that paying a publisher to refrain from publishing a story is legal except when there is a legal obligation to publish, when hush money is paid to suppress evidence of a crime or fraud, it is illegal, a felony, under ORS 137.010 Obstruction of Justice. Plaintiff noted in year 2015 the McMinnville News-Register's published article about Goings Vs. ALPC, and, before Plaintiff reported Williams Vs. ALPC to News-Register's Editor Owner Ossie Bladine in September/October of 2024, she double-checked to ensure the Goings article was still published in the News-Register. When she brought Williams Vs. ALPC to O Bladine, he advised her to give him two weeks prior to publication. About two weeks later, Goings Vs. ALPC was entirely removed (deleted / erased / obliterated) from the News-Register, no sign of it anywhere, and O Bladine failed to publish Plaintiff's article, suggestive of payoff to suppress a crime. Plaintiff is

12

presently composing Williams Vs. McMinnville Police Department 2 for Obstruction of Justice failure to investigate crimes. Quasi-nepotistic relationships (espirit de corpos) between the News-Register, The City of McMinnville, McMinnville Police, Judges, ALPC and others have precluded justice in these cases.

MCMINNVILLE NEWS-REGISTER IS MCMINVILLE'S ONLY NEWSPAPER (IS POSING AS REPRESENTING MCMINNVILLE BUT REPRESENTING WITH SLANTED PARTIALITY

This slanted partiality diminishes its credibility and destroys the level of public trust appropriate and necessary of news media.  It generates one-sided news and illegally conceals information critical to public welfare.

Plaintiff is the First of the Two Witnesses of THE BOOK OF REVELATION at Revelation 11:3 at YouTube: https://www.youtube.com/@SecondWitness. Elon Musk is the Second.  In this First Witness capacity, Plaintiff wrote the long Biblically-anticipated Daniel Prophesied Messianic Peace Treaty between Israel and Palestine titled, *We Be Brethren*, which is available at Google Play Books and Lulu Bookstores online under my pen name:  JESUS Amber Williams. *We Be Brethren* is an Israel images and historic timeline e-Magazine that, if disseminated by the news media to be propagated to Israel, Palestine, and other at-war countries internationally, has the power to cease war internationally.  Because the Defendants fail/refuse to publish my work, they are, under *respondent vicarious liability theory*, guilty of prolonged international war.

Complaint: Williams Vs. KOIN et al.

An excerpt from the Google Play Advertisement of *We Be Brethren* serves to assist parties to better understand her:

"One of the challenges (U.S. Presidential Candidate) Author Dr. Williams faces is that people who are unspiritual regard her as a mental health case because she hears God's Audible Voice and has spiritual visions of His Face as prophesied by The Great Prophet Joel, but, historically, people regarded Jesus, Noah, and James to be mental health cases, too, so she regards herself as being in preferred company. As it was in Noah's day in which no-one believed Noah until THE FLOOD came and only those 8 souls who believed his preaching & got into the ARK were saved, so will it be in these last days as Dr. Williams preaches fire & brimstone as demonstrated at her Youtube: https://www.youtube.com/@SecondWitness .

*We Be Brethren* is the long-time Biblically-Awaited Daniel Prophesied Messianic Peace Treaty between Israel & Palestine, written by Dr. Amber Williams, the First of the Two Witnesses of THE BOOK OF REVELATION at Revelation 11:3. . . . Please share with everyone you know, especially Prime Minister Benjamin Netanyahu, to cease war & instill peace throughout the world. . . . Dr. Williams conveys that there is an invisible spiritual war waging for every man's soul and that if you are not actively fighting in the spiritual warfare, then you are already given over to Satan. The spiritual warfare is a war between God and Satan who work behind the scenes to influence you. Most of the people in today's world are in the captivity, spiritual bondage of Satan, without even realizing it, for, addiction of any kind is a spiritual stronghold, a demon. Some of the names of the demons are lying, cheating (adultery), fornication, homosexuality, addiction,

14

gambling, murder, stealing, idolatry, & covetousness. She challenges atheists to pray asking God very specifically to meet their needs and desires, naming the very details so that God Will Answer in the details to demonstrate His Almighty Power. She challenges society to break free from its norms and step into the spiritual realm where God can reign in every heart and soul to usher in The Biblically-prophesied Millennial reign. . . . Dr. Williams is best equipped to perform God's Perfect Will in the presidency because she hears His Audible Voice. He Leads and Guides her where He Would Like for her to go to do His Will so that she has busted corruption in many different areas of American Public Administration as demonstrated at her presidential website." End of Excerpt.

ACCOMPLICE LIABILITY

*Under legal respondent vicarious liability theory doctrine*, failure to publish in the event of these treasonous quasi-war-crimes and other crimes named above makes the Defendants therefore accomplices to the crimes, felonies and misdemeanors. Since ALPC has "sister churches" internationally and is affiliated with the United Pentecostal Church International (UPCI) which commits many of the same crimes, the Defendants are vicariously guilty of ALPC's international war crimes.

EXCEPTIONS TO NEWS MEDIA IMMUNITY

According to Cetient (2026), Although news media bear editorial discretion and are mostly shielded by immunity, not obligated to publish, there are exceptions in cases of illegal monopoly, conspiracy, and discrimination as are evident herein. There must also

be exceptions in cases of mass Disabled abuse and mass Child abuse as in Williams Vs. ALPC and Williams Vs. ServiceSource.

## V.

## CLAIMS FOR RELIEF

## CLAIM FOR RELIEF 1

### First Amendment Freedom of Press in Reverse

"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."

The above failures to publish headline articles critical to international welfare constitute violations of First Amendment Freedom of Press in reverse. Congress is not allowed to censor the press; *neither must the press be allowed to censor the people*, for, censorship of the people skews TRUTH, which is liable to result in dangerous ACTIONS based on OMISSIONS and PARTIAL TRUTH leading up to and including war and the prolonging of war as demonstrated herein.

## CLAIM FOR RELIEF 2

### First Amendment Freedom of Speech

The above failures to publish headline articles critical to international welfare constitute violations of First Amendment Freedom of Speech, where the Defendants have muzzled Plaintiff's speech by failure to publish.

## CLAIM FOR RELIEF 3

Complaint: Williams Vs. KOIN et al.

18 U.S.C. § 371 Failure to Publish as Media Conspiracy

Whether direct or under *respondent vicarious liability theory*

"It is a federal crime if two or more persons conspire either to:

(a) Commit any offense against the United States, or

*(b) Defraud the United States or any of its agencies in any manner or for any purpose.*

Defendants are looped into the national and global conspiracy to slant news in favor of Democrats and in favor of those engaged in money-laundering as discussed above, including the U.S. Social Security Administration. The SSA and all sub-defendants are agreeing by conspiracy to defraud America in tax-payer dollars. For example, since the SSA is saving money by denying cases based on this fraud, it is defrauding severely disabled American citizens. If SSA Administrative Law Judges (ALJs) find they must tamper with witnesses to justify their decisions because they find the rules not stringent enough, they must change the rules rather than violating laws. SSA Vocational Experts must be free to testify without partiality or fear of losing favor with ALJs (or fear losing their SSA or private contracts) if they fail to yield to tampering. I filed a Notice of Complaint to the Social Security Administration early in 2026 and will be filing a legal Complaint in the U.S. District Court against the Commissioner as a next lawsuit. Would the Defendants please assist me by publishing my SSA corruption content above. Please communicate with me regarding the same. The SSA, the parties to the organized crime ring of corruption named above, Ron Noble, ALPC, the McMinnville Police, and Yamhill County in their nepotistic money-laundering as demonstrated in Plaintiff's related lawsuits are thereby Defrauding the United States in hard-earned American taxpayer

17

dollars.    The Indiana Election Division and perhaps Immigration or the IRS have conspired to subvert Democracy.    ALPC conspires to incite war under Apostolic (Hitler) Socialist Doctrine to subvert U.S. Citizens in preparation for U.S. takeover, especially by subverting my war-preventative publication, We Be Brethren.    The McMinnville Police supported them.    Those involved in the Ring of Corruption including Yamhill County and Ron Noble are guilty of conspiracy-laden money-laundering of American taxpayer dollars.    ServiceSource conspired to foster a homosexual agenda inside their organization subverting souls and at the harm of innocent people with developmental disabilities.    Beaverton, McMinnville, and Egg Harbor Township police conspire to subvert Democracy by arresting sidewalk preachers.    Although Plaintiff did not mention it above, McMinnville Police Department also arrested Plaintiff for sidewalk preaching.

CLAIM FOR RELIEF 4

The Civil Rights Act of 1964

Illegalizes discrimination based on religion in public accommodation.

The news media are a form of public accommodation, privately-owned organizations that provide services and goods to the public.    Because Plaintiff is a Judeo-Christian who dissents against the false doctrine of Apostolic Socialist she has been persecuted by ALPC and the Defendants inside Plaintiff's other lawsuits.    Under *vicarious respondent liability theory*, the current Defendants engaged in religious discrimination by suppressing public awareness of the impending ALPC holocaust, prolonged war, and impeded all of the other critical news above by failure to publish.    As it was with JESUS,

Noah, and James, Pharisees suppressed and hindered and attempted to conceal the good news of THE GOSPEL OF JESUS CHRIST. These modern-day pharisaical Defendants are inhibiting especially crucial international news, thereby ENDANGERING THE AMERICAN PUBLIC and the people of the world as reported by God's servant witness.

## VI.

## RELIEF SOUGHT / DEMAND / PRAYER

Defendants' failure to publish has resulted in financial losses including:

(1) Loss of Lawsuits. Although only Williams Vs. ALPC and Williams Vs. McMinnville PD have been lost thus far (in wrongful Rule 21 decision or because Plaintiff withdrew upon Yamhill Judicial Misconduct), news media publication of Plaintiff's reports of ALPC Ministerial Abuse would have held the McMinnville Police Department to a standard of investigation of crimes committed. Williams Vs. ServiceSource is at a standstill because the Virginia Courts have swept Plaintiff's Motion to Recuse under the rug in favor of wicked ServiceSource. Failure to publish caused Plaintiff the loss of credibility necessary to win cases. Plaintiff's prayer amounts in Williams Vs. ALPC and Williams Vs. McMinnville PD were $5 million dollars each per Defendant news entity. Subtotal $10 million to be paid by KOIN and News Register.

(2) Loss of campaign funds. Failure to publish Plaintiff's U.S. Presidential Candidacy has resulted in lack of credibility and loss of campaign funds. $30 million per Defendant equals 150 million.

19

(3) Loss of donations for Plaintiff's work as a street evangelist homeless minister by lack of visibility. $30 million per Defendant equals 150 million.

(4) Loss of e-book, e-magazine, e-publication sales. Plaintiff has been publishing since 2015. The time investments in these lawsuits have defrauded Plaintiff the ability to market her e-publications, causing losses of sales. E-publication sales are claimed from the time of ALPC Clergy Matthew Davies' Williams subversion of We Be Brethren in 2015. $40 million per Defendant equals 20 million.

TOTAL PRAYER: $330 million.

## VII.

## CONCLUSION

News Media publication would expedite the implicated Courts and move Williams Vs. (X) "sub-defendants" to righteousness (e.g. ceasing organized crime, voter elections fraud, money-laundering, disallowing first-amendment-protected sidewalk preaching, exposing ministerial abuse and sexual misconduct toward repentance, violations of constitutional amendment protected due process etc.) to instill fear inside the perpetrators and to prosecute them causing them to repent, to correct deficiencies rather than the news media Defendants defending and protecting their evil-doing as in aiding and abetting. If elected U.S. President 2028, Plaintiff will eradicate these and other forms of corruption throughout the world as discussed in Plaintiff's Doctoral Dissertation at the Lulu Bookstore online under Jesus Amber Williams. Its Title is, Administrative-Adjudicative Stakeholders' Perceptions of How to Diminish Administrative-Adjudicative Corruption. Plaintiff will cease war, instill peace, and, IN JESUS NAME, usher in the Millennial

20

Complaint: Williams Vs. KOIN et al.

Reign in collaboration with Revelation 11:3's First Witness, Michael Moore, per Plaintiff's YouTube: https://www.youtube.com/@SecondWitness

If these news media Defendants will now work together closely with Plaintiff to publish this critical information to the public in adequate numbers of TV commercials and headline articles, including advertising Plaintiffs Google Play Books and Lulu e-Magazines and e-Publications under pen name Jesus Amber Williams to effect cease-war and advertise her U.S. presidential candidacy, Plaintiff will withdraw this Complaint. However, if not, Plaintiff will move forward into jury trial, for, the American Public and the people of the world have a right to know and take action. Plaintiff would be happy to write the scripts and articles and allow Defendants to edit within reason. It becomes clear as you peruse these lawsuits that the Plaintiff is operating under the Will and Direction of THE LORD GOD ALMIGHTY. To suppress God's First Witness of Revelation 11:3 is to suppress THE ALMIGHTY GOD. If Defendants continue to fail to publish, would the Court please prosecute them for the crimes of the sub-defendants above under *respondent vicarious liability theory*. Defendants' failure to publish against police agencies that wrongfully arrest citizens for sidewalk preaching constitutes Defendants' violations of First Amendment sidewalk preaching under respondent vicarious liability theory. Failure to publish regarding court violations of due process must be prosecuted under the respective due process constitutional amendments.

## DECLARATION

Complaint: Williams Vs. KOIN et al.

I, Plaintiff *pro se,* base this declaration and affirm under penalty of perjury law of the State of Oregon that the foregoing is true and correct to the best of my ability.


## CERTIFICATE OF SERVICE

I, Plaintiff *pro se,* hereby attest that on June 10, 2026, this Complaint was emailed to Defendants prior to Plaintiff's mailer of the same to the U.S. District court with U.S. Marshall forms and summons for process of service.

Signed and submitted this 11th Day of June, 2026 with utmost respect and appreciation to His Exquisite Majesty King JESUS and the U.S. District Court.

\s\

Dr. Amberly M. Williams, M.S., Ph.D.

(971) 901-0788 amberlywilliams2028@gmail.com

https://jesusamber4president2028.yourwebsitespace.com/

END OF LEGAL DOCUMENT